UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA DICK, on behalf of himself and all other similarly situated consumers,<br><br>Plaintiff<br><br>v.<br><br>KOZENY, MCCUBBIN & KATZ, LLP<br><br>Defendant(s) | Civil Action No.: 17-cv-02123-KAM-SMG<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED** by counsel for Plaintiff Ira Dick and Defendant Kozeny, McCubbin & Katz, LLP, that the above matter shall hereby be dismissed with prejudice and without costs.

BY: /s/ *Adam J. Fishbein,*

Adam J. Fishbein, Esq.
Attorneys for Plaintiff,
Ira Dick
735 Central Avenue
Woodmere, NY 11598
Tel: (516) 668-6945
E-Mail: fishbeinadamj@gmail.com

BY: /s/ *Andrew C. Sayles*

Andrew C. Sayles, Esq.
Attorneys for Defendant,
Kozeny, McCubbin & Katz, LLP
Connell Foley, LLP
888 Seventh Avenue, Suite 3401
New York, New York 10106
Tel: 212-262-2390
E-Mail: asayles@connellfoley.com

Dated: May 17, 2018

Dated: May 17, 2018

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge
May 18, 2018

4189336-1